**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marlon L. Dunn | Social Security number or ITIN xxx–xx–5898 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Deborah J. Dunn | Social Security number or ITIN xxx–xx–5969 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   16–12916–ABA

# Order of Discharge                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Marlon L. Dunn                                          Deborah J. Dunn

  <u>6/2/21</u>                                           **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                           United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Marlon L. Dunn  
Deborah J. Dunn  
    Debtors

Case No. 16-12916-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Jun 02, 2021     Form ID: 3180W     Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Marlon L. Dunn, 3237 East Chestnut Avenue, Vineland, NJ 08361-6102 |
| jdb | + | Deborah J. Dunn, 3237 East Chestnut Avenue, Vineland, NJ 08361-6102 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516243400 | + | ACAR Leasing LTD, d/b/a GM Financial Leasing, Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 516087738 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519116193 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 516005453 | + | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 516059519 | + | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 516005457 | | Kennedy University Hospital, PO Box 48023, Newark, NJ 07101-4823 |
| 516077499 | | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 516050202 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 516005464 | + | Quicken Loans, 30600 Telegraph Road, Suite 2345, Franklin, MI 48025-5720 |
| 516170753 | + | Quicken Loans Inc., Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2021 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2021 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Jun 03 2021 00:38:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/Text: camanagement@mtb.com | Jun 02 2021 21:46:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 516243399 | + | EDI: PHINAMERI.COM | Jun 03 2021 00:38:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 516088619 | + | EDI: PHINAMERI.COM | Jun 03 2021 00:38:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183692, Arlington, TX 76096-3692 |
| 516488977 | + | EDI: PHINAMERI.COM | Jun 03 2021 00:38:00 | ACAR Leasing, LTD, dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 516005446 | | EDI: CAPITALONE.COM | Jun 03 2021 00:38:00 | Cabela's Club Visa, PO Box 82519, Lincoln, NE 68501-2519 |
| 516005448 | | EDI: CAPITALONE.COM | Jun 03 2021 00:38:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518181132 | + | EDI: AIS.COM | Jun 03 2021 00:43:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 518181131 | + | EDI: AIS.COM | Jun 03 2021 00:43:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 516109891 | | EDI: CAPITALONE.COM | Jun 03 2021 00:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516109892 | | EDI: CAPITALONE.COM | Jun 03 2021 00:38:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516005451 | | EDI: CITICORP.COM | Jun 03 2021 00:38:00 | Citi Cards, Processing Center, Des Moines, IA 50363-0005 |
| 516005452 | | EDI: WFNNB.COM | Jun 03 2021 00:38:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 516202610 | + | EDI: WFNNB.COM | Jun 03 2021 00:38:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516005454 | + | EDI: PHINAMERI.COM | Jun 03 2021 00:38:00 | GM Financial, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 516005455 | | Email/Text: bankruptcy.notices@hdfsi.com | Jun 02 2021 21:47:00 | Harley Davidson Financial Services, PO Box 22048, Carson City, NV 89721-2048 |
| 516005465 | | EDI: JPMORGANCHASE | Jun 03 2021 00:38:00 | Slate from Chase, PO Box 15298, Wilmington, DE 19850 |
| 516005459 | | Email/Text: camanagement@mtb.com | Jun 02 2021 21:46:00 | M&T Bank, PO Box 64679, Baltimore, MD 21264-4679 |
| 516172318 | + | EDI: MID8.COM | Jun 03 2021 00:38:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 516086032 | + | EDI: CBS7AVE | Jun 03 2021 00:43:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516005461 | | EDI: CBS7AVE | Jun 03 2021 00:43:00 | Monroe & Main, 11127th Ave., Monroe, WI 53566-1364 |
| 516236459 | | EDI: PRA.COM | Jun 03 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 516236445 | | EDI: PRA.COM | Jun 03 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Sears Premier Card, POB 41067, Norfolk VA 23541 |
| 516005462 | | EDI: RMSC.COM | Jun 03 2021 00:38:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516225717 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2021 22:11:10 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516163066 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 02 2021 21:47:00 | QUICKEN LOANS INC., QUICKEN LOANS, INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 516083444 | | EDI: Q3G.COM | Jun 03 2021 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516005466 | | EDI: AISSPRINT | Jun 03 2021 00:38:00 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 518055061 | + | Email/Text: bncmail@w-legal.com | Jun 02 2021 21:47:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |

Case 16-12916-ABA    Doc 66    Filed 06/04/21    Entered 06/05/21 00:22:01    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | Bypass Reason | | Date/Time | Name and Address |
|---|---|---|---|---|
| 518055060 | + | Email/Text: bncmail@w-legal.com | Jun 02 2021 21:47:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516202705 | + | Email/Text: bncmail@w-legal.com | Jun 02 2021 21:47:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516005467 | | EDI: WTRRNBANK.COM | Jun 03 2021 00:38:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 516005468 | | EDI: RMSC.COM | Jun 03 2021 00:38:00 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 516212488 | | EDI: CAPITALONE.COM | Jun 03 2021 00:38:00 | World's Foremost Bank, Cabela's Club Visa, PO Box 82609, Lincoln, NE 68501-2609 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516005447 | * | Cabela's Club Visa, PO Box 82519, Lincoln, NE 68501-2519 |
| 516005449 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 516005450 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518181172 | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 518181171 | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 516005456 | * | Harley Davidson Financial Services, PO Box 22048, Carson City, NV 89721-2048 |
| 516090589 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 516005458 | * | Kennedy University Hospital, PO Box 48023, Newark, NJ 07101-4823 |
| 516005460 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 64679, Baltimore, MD 21264-4679 |
| 516005463 | * | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518055119 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518055118 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 02, 2021 | Form ID: 3180W | Total Noticed: 49 |

Douglas J. Smillie
 on behalf of Creditor M&T Bank dsmillie@flblaw.com ccharlton@flblaw.com

Isabel C. Balboa
 ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
 on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
 on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Larry S. Byck
 on behalf of Joint Debtor Deborah J. Dunn lbycklaw@comcast.net

Larry S. Byck
 on behalf of Debtor Marlon L. Dunn lbycklaw@comcast.net

Michael Frederick Dingerdissen
 on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com

Nicholas V. Rogers
 on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com

Raymond Shockley, Jr
 on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

TOTAL: 10